MARY JO O'NEILL Az. Bar #005924
P. DAVID LOPEZ DC Bar #4246463
GUY DAVID KNOLLER Az. Bar#002803
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-5061
Fax: (602) 640-5009
Email: Guy.Knoller@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>Lodging Enterprises, LLC of Arizona (FN), a Delaware corporation, dba Oak Tree Inn,<br><br>Defendant. | Case No. CIV 09-2060<br><br>**COMPLAINT**<br>**JURY TRIAL DEMAND** |

## **NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964 to correct unlawful employment practices on the basis of religion and to provide appropriate relief to several class members. The Commission alleges that Defendant discriminated against several employees by subjecting them to religious harassment sufficient to create a hostile work environment and by failing to accommodate their personal religious practices and beliefs.

## **JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII") 42 U.S.C. §2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

1  2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

### PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the Commission), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times Defendant Lodging Enterprises, LLC of Arizona (FN), a Delaware limited liability company, dba Oak Tree Inn ("Oak Tree" or Defendant) has been doing business in the State of Arizona, City of Yuma, and has continuously had at least 15 employees.

### STATEMENT OF CLAIMS

5. More than thirty days prior to the institution of this lawsuit, charges of discrimination were filed by Sonia Buelna, Carmen Quijada, and Teresa Hurtado with the Commission alleging violations of Title VII by Defendant.

6. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least September 2007, Defendant has engaged in unlawful employment practices at its Yuma Arizona facility in violation of Section 703(a) of Title VII, 42 U.S.C. §2000e-2(a), by discriminating against Buelna, Quijada, Hurtada and a class of other employees because of their religion when it subjected them to harassment and a hostile work environment because of their religion and failed to accommodate their personal religious beliefs and or practices.

8. The effect of the practices complained of in paragraph 7 has been to deprive those named above as well as other class members of equal employment opportunities and otherwise adversely affect their status as employees because of religion.

9. The unlawful employment practices complained of in paragraph 7 were done with malice and/or with reckless indifference to the federally protected rights of Buelna, Quijada, Hurtada and other class members who were all employed by Defendant.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of religion.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for individuals of all religions, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant affirmative relief to eradicate the effects of its unlawful employment practices, including, but not limited to enjoining Defendant from requiring employees to pray or otherwise engage in certain religious activities not of their choosing.

D. Order Defendant to make whole Teresa Hurtado, Carmen Quijada, Sonia Buelna and other class members for past nonpecuniary losses resulting from the unlawful practices described above, including emotional pain and suffering and mental anguish, in amounts to be determined at trial.

E. Order Defendant to pay Grant Hurtado, Quijada, Buelna and other class members punitive damages for its malicious and reckless conduct described above in an amount to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs in this action.

**JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised by its complaint.

//
//
//
//

RESPECTFULLY SUBMITTED this 30th day of September, 2009.

James L. Lee
Acting General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, NE
Washington, DC 20507

/s/ MaryJo O'Neill
MARY JO O'NEILL
Regional Attorney

/s/ P. David Lopez
P. DAVID LOPEZ
Supervisory Trial Attorney

/s/ Guy David Lopez
GUY DAVID LOPEZ
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 North Central Ave., Suite 690
Phoenix, Arizona  85012-2504
(602) 640-5061

Attorneys for Plaintiff

- 4 -